IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANN NISSIM, et al.,<br><br>    Defendants.<br>_____/ | No. C 16-609 CW<br><br>ORDER FOR STATUS UPDATE |

The deadline has passed for Plaintiff to file a Notice of Need for Mediation.  See Docket No. 8; General Order 56 ¶ 7.  The parties must file a joint status update within one week of this order.

IT IS SO ORDERED.

Dated: July 6, 2016

_____
CLAUDIA WILKEN
United States District Judge